JOHN K. CULLIN, Appellant, *v.* WILLIAM J. ALVORD, as Sheriff of Columbia County, Respondent, Impleaded with Another.

Reported below, 109 App. Div. 918.
(Argued June 4, 1906; decided June 12, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 13, 1906, affirming a judgment in favor of defendant entered upon the report of a referee in an action of replevin.

The motion was made on the grounds that the Court of Appeals had no jurisdiction to hear the appeal, it being from an unanimous affirmance by the Appellate Division, and permission to appeal not having been obtained; that the exceptions were frivolous, and no question of law was presented for review.

*John L. Crandell* for motion.

*J. Frank Chace* opposed.

Motion denied, with ten dollars costs.